No. 4,027.—FLORA MEYER, RESPONDENT, *v.* MAX BLAU-
STEIN, APPELLANT.

*Appeal from District Court, Silver Bow County.*

Decided April 19, 1917.

PER CURIAM.—Upon motion of respondent, the appeal
herein is hereby dismissed for failure of appellant to file tran-
script in time.

*Mr. James H. Baldwin,* for Appellant.

*Messrs. William & Henry Meyer,* for Respondent.

No. 4,037.—STATE EX REL. W. B. SANDS ET AL., RELATORS,
*v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of review directed to the Dis-
trict Court of the Eighth Judicial District, in and for the County
of Cascade, and H. H. Ewing, a Judge thereof.

Decided April 27, 1917.

PER CURIAM.—Relators' application for writ of *certiorari*
herein is, after due consideration, denied.

*Mr. W. B. Sands,* for Relators.